IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-28-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| ELIAS MIGUEL NAVA, LAWRENCE ALEX FOSTER NAVA IV, and BRANDON DANIEL FERNANDES, | |
| Defendants. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 109). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. Preliminary Orders of Forfeiture were entered on September 15, 2023 (Docs. 86, 87, 88);

1

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 109) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Ruger, Model Security 9, 9mm caliber pistol (SN: 384-10360);

- Canik, Model TP-9SF, 9mm caliber pistol (SN: 18AT03491);

- Glock, Model 43, 9mm caliber pistol (SN: ADDN829);

- Glock, Model 45, 9mm caliber pistol (SN: AGEC935);

- Smith and Wesson, Model M&P 22, .22 caliber pistol (SN: HJS549); and

- Surefire, Model SF Ryder 22-S, .22 caliber Silencer (SN: A46N01660).

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 22nd day of April, 2024.

SUSAN P. WATTERS
United States District Court Judge